# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| THOMAS PIERRIE,<br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) **JUDGMENT IN A CIVIL CASE**<br>) **CASE NO. 5:11-CV-674-D**<br>)<br>)<br>) |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 10, 2012,** WITH A COPY TO:

Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)


September 10, 2012           JULIE A. RICHARDS, Clerk
Date                   Eastern District of North Carolina

                      /s/Debby Sawyer
                      (By) Deputy Clerk

Raleigh, North Carolina